UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVENOR ENRIQUE GALLO-NAVARRETE,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY CORRECTIONS CENTER, et. al.,<br>Respondents. | No. 1:26-cv-1601-DC-DMC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 7, 12) |

Petitioner, a former immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 along with a motion for temporary restraining order. ECF Nos. 1 and 2. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 25, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. ECF No. 12. No objections to the findings and recommendations have been filed.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having

reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed August 25, 2026, ECF No. 12, are ADOPTED;
2. Petitioner's petition for writ of habeas corpus, ECF No. 1, is GRANTED;
3. The terms of the preliminary injunction, ECF No. 9, are made permanent; and
4. The Clerk of the Court is directed to enter judgment and close this case.

IT IS SO ORDERED.

Dated: **September 18, 2026**

Dena Coggins
United States District Judge